UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re:<br><br>FRIENDSHIP HOUSE<br>ASSOCIATION, INC.<br><br>Debtor. | Case No. 08-00434<br>(Chapter 11) |

### NOTICE OF OPPORTUNITY TO OBJECT TO EMERGENCY MOTION OF UIP III INVEST, LLC TO MODIFY FEBRUARY 18, 2010 ORDER GRANTING EMERGENCY SUPPLEMENTAL MOTION FOR APPROVAL OF SALE OF REALTY, FREE AND CLEAR

PLEASE TAKE NOTICE that UIP III Invest, LLC has filed an Emergency Motion to Modify February 18, 2010 Order Granting Emergency Supplemental Motion for Approval of Sale, Free and Clear ("UIP Motion"), of the Debtor's real property at 619 D Street, S.E., Washington, D.C. to Altus Realty Partners, LLC, for $2.6 million. A copy of the UIP Motion is available upon request.

Any party wishing to object must file a written objection with the Clerk of the United States Bankruptcy Court, 333 Constitution Ave., N.W., Washington, D.C. 20001, and serve a copy upon the undersigned

***** *on or before March 9, 2010.* *****

IF NO OBJECTIONS ARE FILED, THE BANKRUPTCY COURT MAY CONSIDER THE MOTION TO BE UNOPPOSED, AND PROCEED TO GRANT THE RELIEF WITHOUT FURTHER NOTICE TO YOU.

Respectfully submitted,

Dated: March 3, 2010

/s/ Gregory T. DuMont
Vincent Mark J. Policy, Esquire (DC Bar #204701)
Gregory T. DuMont (DC Bar #455385)
Greenstein, DeLorme & Luchs, P.C.
1620 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
Telephone: (202) 452-1400
Facsimile: (202) 452-1410
Email: vmp@gdllaw.com
Counsel for UIP III Invest, LLC

369645.1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by hand delivery and by electronic means via the Court's ECF System, on March 3, 2010, upon the following:

>Jeffrey M. Sherman, Esquire
>Jackson & Campbell, P.C.
>1120 20th Street, N.W.
>Suite 300 South
>Washington, DC  20036
>(202) 457-1613
>Attorneys for Debtor
>emoyer@jackscamp.com
>
>Dennis J. Early, Esq.
>Office of the United States Trustee
>115 South Union Street
>Alexandria, VA  22314
>
>Robert Greenberg, Esq.
>Friedlander, Misler
>1101 Seventeenth Street, N.W.
>Suite 700
>Washington, DC  20036
>rgreenberg@dclawfirm.com
>
>Nancy J. Alper, Esq.
>Nancy.alper@dc.gov
>
>Linda S. Broyhill, Esq.
>Reed Smith LLP
>3110 Fairview Park Drive
>Suite 1400
>Falls Church, VA  22042
>
>Brian L. Kass, Esq.
>Kass, Mitch & Kass, PLLC
>1050 17th Street, N.W., Suite 1100
>Washington, D.C.  20036

>>/s/ Gregory T. DuMont
>>Gregory T. DuMont

2

369645.1