CASE HEARING SUMMARY
(This is NOT an ORDER)

**FILED**
MAR - 3 2010
Clerk
U.S. Bankruptcy Court for D.C.

Date: 03/03/2010   Time: 9:30

08-00434 Friendship House Association, Inc  :  Chapter 11

Jeffrey M. Sherman representing Friendship House Association, Inc (Debtor In Possession)
Dennis J. Early representing U. S. Trustee for Region Four 11 (U.S. Trustee)

[58]   Motion to Convert Case to Chapter 7 or to dismiss. Fee Amount $25 Filed by U. S. Trustee for Region Four 11

Movant:  U. S. Trustee for Region Four   BY D Early;

OTHER PERTINENT DOCKET ENTRIES:

DE# 75 OPP
DE# 81 CONO
DE# 66 12/08 OPRPT
DE# 73 3/09 OPRPT
DE# 74 1/08 OPRPT
DE# 77 1/09 OPRPT

DE# 84 OPRPT 4/09
DE# 89 OPRPT 5/09
DE# 52 MTG SUR
DE# 111 MTG SUR
DE# 122 FAILUR TO CLOSE NTC
DE# 134 BACKUP FAILUR TO CLOSE
DE# 146 ORDER TO SHOW

DISPOSITIONS:
  Granted _____         Sustained _____        Denied _____
  Overruled _____       Withdrawn _____        Under Adv. _____
  Moot _____            Consent _____          Dismissed _____
  Continued to: 3/24, 20 10, AT 9:30 A.M.
  Proposed Order To Be Submitted By ___/___/___
         By [ ]Court   [ ]Movant   [ ]Opposing Party   [ ]Trustee   [ ]Jointly

DECISION:
[ ] Signed by Court      [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] Movant's counsel          [ ] Court
    [ ] Respondent's counsel      [ ] Other _____

NOTES:  NO APPEARANCES    7. set for 3/19/2010

_____
J. MARTIN TEEL JR  Sr
S. Martin Teel, Jr., United States Bankruptcy Judge