UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In re | ] | |
| | ] | |
| FRIENDSHIP HOUSE | ] | Case No. 08-434 |
| ASSOCIATION, INC., | ] | (Chapter 11) |
| | ] | |
| Debtor. | ] | |

**NOTICE OF HEARING ON
OBJECTION TO CLAIM
(UIP III Invest, LLC – Claims No. 5, 12 and 35)**

TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that Friendship House Association, Inc., has filed its Objection to the Allowance of Claims (UIP III Invest, LLC – Claims No. 5, 12 and 35) which seeks to have the Court disallow said claims.

PLEASE NOTE: A HEARING WILL BE HELD ON THE MOTION ON

******* ***MARCH 17, 2010, at 9:30 a.m.*** *******,

before the United States Bankruptcy Court, 3rd Street and Constitution Avenue, NW, Washington, DC 20002.

Any questions may be directed to the undersigned.

Dated: March 4, 2010                    Respectfully submitted,

   /S/ *Jeffrey M. Sherman*
Jeffrey M. Sherman, DC Bar 348896
JACKSON & CAMPBELL, P.C.
1120 20th Street, NW
Suite 300 South
Washington, DC 20036
(202) 457-1613
Attorneys for the Debtor

–1–

## CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing was mailed, first class mail, postage prepaid (or else as shown with reference to each specific recipient identified hereinbelow), or served by electronic means only where proper and available in lieu thereof, on March 4, 2010, to:

Office of the U.S. Trustee
115 South Union Street
Suite 210
Alexandria, Virginia  22314

*Certified Mail, Return Receipt Requested*
UIP III Invest, LLC
c/o Gregory T. DuMont, Esq.
Greentstein DeLorme & Luchs, P.C.
1620 L Street, N.W., Suite 900
Washington, D.C. 20036

                                                             */S/ Jeffrey M. Sherman*
                                                             Jeffrey M. Sherman

1289300v.1