UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re | ] |
| | ] |
| FRIENDSHIP HOUSE ASSOCIATION, INC., | ] Case No. 08-434 |
| | ] (Chapter 11) |
| Debtor. | ] |

**NOTICE OF OPPORTUNITY TO RESPOND TO OBJECTION TO CLAIM**
**(UIP III Invest, LLC – Claims No. 5, 12 and 35)**

TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that Friendship House Association, Inc., has filed its Objection to the Allowance of Claims (UIP III Invest, LLC – Claims No. 5, 12 and 35) which seeks to have the Court disallow said claims.

Any party wishing to object must file a written objection with the Clerk of the United States Bankruptcy Court, 333 Constitution Ave., N.W., Washington, DC 20001, and serve a copy upon the undersigned

***** *on or before MARCH 16, 2009.* *****

IF NO OBJECTIONS ARE FILED, THE BANKRUPTCY COURT MAY CONSIDER THE MOTION TO BE UNOPPOSED, AND PROCEED TO GRANT THE RELIEF WITHOUT FURTHER NOTICE TO YOU.

–1–

Any questions may be directed to the undersigned.

Dated: March 4, 2010                                                  Respectfully submitted,


                                                                       /S/ Jeffrey M. Sherman
                                                                      Jeffrey M. Sherman, DC Bar 348896
                                                                      JACKSON & CAMPBELL, P.C.
                                                                      1120 20th Street, NW
                                                                      Suite 300 South
                                                                      Washington, DC 20036
                                                                      (202) 457-1613
                                                                      Attorneys for the Debtor


### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first class mail, postage prepaid (or else as shown with reference to each specific recipient identified hereinbelow), or served by electronic means only where proper and available in lieu thereof, on March 4, 2010, to:

Office of the U.S. Trustee
115 South Union Street
Suite 210
Alexandria, Virginia  22314

*Certified Mail, Return Receipt Requested*
UIP III Invest, LLC
c/o Gregory T. DuMont, Esq.
Greentstein DeLorme & Luchs, P.C.
1620 L Street, N.W., Suite 900
Washington, D.C. 20036

                                                                       /S/ Jeffrey M. Sherman
                                                                      Jeffrey M. Sherman


1289318v.1